FILED
CLERK, U.S. DISTRICT COURT
05/11/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_DM\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEXANDER DECLAN BELL WILSON,<br><br>　　　　Defendant. | CR 2:21-cr-00222-FLA<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death] |

　　The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

　　On or about May 14, 2020, in Los Angeles County, within the Central District of California, defendant ALEXANDER DECLAN BELL WILSON knowingly and intentionally distributed fentanyl, a Schedule

\\

\\

\\

II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of N.Y. on or about May 15, 2020.

A TRUE BILL

　　　　　　/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SHAWN NELSON
Assistant United States Attorney
Chief, International Narcotics,
　　Money Laundering, and
　　Racketeering Section

CHRISTOPHER C. KENDALL
Assistant United States Attorney
Deputy Chief, International
　　Narcotics, Money Laundering,
　　and Racketeering Section

MARINA A. TORRES
Assistant United States Attorney
International Narcotics,
　　Money Laundering, and
　　Racketeering Section