1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      | Case No. 2:21-cr-00222-FLA
12 |                Plaintiff,
   |                                | **ORDER GRANTING ORAL**
13 |      v.                        | **MOTION TO SEAL**
14 |
15 | ALEXANDER DECLAN BELL WILSON,
16 |                Defendant.
17

18
19
20
21
22
23
24
25
26
27
28

1

For the reasons stated by the government during the pretrial conference held on April 26, 2023, and for good cause shown, the court hereby ORDERS the Declaration of Carla Zuniga in Support of Defense's Trial Brief (Dkt. 105) be kept under seal until further order of the court, or until the government determines that those materials are subject to its discovery obligations in connection with related criminal proceedings, at which time they may be produced to defense counsel in those proceedings.

Dated: April 27, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge